IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| J.R., a minor and Jane Roe, Individually and in her capacity as guardian and parent of Plaintiff J.R., <br><br> Plaintiffs, <br><br> v. <br><br> Michele Mancino, Thomas E. Aspinwall, Telegram Messenger, Inc. (d/b/a "Telegram") and Perry Street Software (D/B/A "Scruff"), <br><br> Defendants. | CA: 2:23-CV-02519-BHH-MGB |

**PLAINTIFFS' EXPERT DISCLOSURE - RULE 26(A)(2)(A)**

Pursuant to Rule 26(a)(2)(A) of the Federal Rules of Civil Procedure, Plaintiffs identify the following non-retained non-retained expert witnesses to be offered at trial.

**(1)** **Dorchester Children's Advocacy Center**
**303 E. Richardson Avenue**
**Summerville, South Carolina 29483**

**Dorchester Children's Advocacy Center providers are expected to testify as providers of counseling and treatment of clinical illness and the cause of counseling treatment necessary for minor Plaintiff, including trauma responses from abuse victims like minor Plaintiff. Any opinions formed by Dorchester Children's Advocacy Center providers are based on personal knowledge obtained from examining and treating the minor Plaintiff. Dorchester Children's Advocacy Center providers are treating counseling providers that may have opinions due to the treatment of minor Plaintiff and based on education, knowledge and experience in the counseling and sexual trauma arena. Pursuant to Rule 26(a)(2)(A) and (C), an expert report is not required as providers at Dorchester Children's Advocacy Center are treating counseling providers of minor Plaintiff and that is the sole and only basis of clinical information about any situation involving the minor Plaintiff.**

**(2)** **North Palm Counseling Center**
**Richard Grimball**
**7138 Cross County Rd, Suite C**
**North Charleston, South Carolina 29418**

**Mr. Grimball from North Palm Counseling Center is expected to testify as a provider of counseling and treatment of clinical illness and the cause of counseling treatment necessary for minor Plaintiff, including trauma responses from abuse victims like minor Plaintiff. Any opinion formed by Mr. Grimball of North Palm Counseling Center is based on personal knowledge obtained from examining and treating the minor Plaintiff. Mr. Grimball is a treating counseling provider that may have opinions due to the treatment of minor Plaintiff and based on education, knowledge and experience in the counseling and sexual trauma arena. Pursuant to Rule 26(a)(2)(A) and (C), an expert report is not required as Mr. Grimball is a treating counseling provider of minor Plaintiff that is the sole and only basis of clinical information about any situation involving the minor Plaintiff.**

        **McGowan, Hood, Felder & Phillips, LLC**

        s/S. Randall Hood
        S. Randall Hood
        Fed. Bar Number: 6103
        McGowan, Hood, Felder & Phillips, LLC
        1539 Health Care Dr.
        Rock Hill, SC 29732
        803.327.7800
        rhood@mcgowanhood.com

        James H. Leffew, IV
        Fed. Bar Number: 13669
        125 Wappo Creek Dr., Bldg. G, Suite 102
        Charleston, SC 29412
        843.788.9332
        james@leffewlegal.com

Rock Hill, South Carolina
December 17, 2024