AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | | |
|---|---|---|
| J.R., a minor, and Jane Roe, individually and in her capacity as guardian and parent of Plaintiff J.R., | ) | |
| *Plaintiff*s | ) | |
| v. | ) | Civil Action No.    2:23-cv-2519-BHH |
| Michele Mancino, Thomas E. Aspinwall, Telegram Messenger Inc. (d/b/a "Telegram"), and Perry Street Software (d/b/a "Scruff") | ) ) | |
| *Defendants* | | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

■ the plaintiffs, J.R. and Jane  Roe,  recover from the defendant, Michele Mancino, the amount of <u>eighty-one million dollars</u> (<u>$81,000,000.00</u>), plus postjudgment interest at the rate of <u> 3.7 </u>%.

■ the plaintiffs, J.R. and Jane  Roe,  recover from the defendant, Thomas E. Aspinwall, the amount  of <u>twenty-two million five hundred thousand dollars</u> (<u>$22,500,000.00</u>), plus postjudgment interest at the rate of <u> 3.7 </u>%.

■ the plaintiffs, J.R. and Jane  Roe,  recover from the defendant, Telegram Messenger Inc., the amount <u>twenty-two million five hundred thousand dollars</u> (<u>$22,500,000.00</u>), plus postjudgment interest at the rate of <u> 3.7 </u>%.

This action was *(check one)*:

❏ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❏ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Bruce Howe Hendricks, United States District Judge, presiding.

Date:   March 30, 2026

*ROBIN L. BLUME, CLERK OF COURT*

s/R. Heinen

_____
*Signature of Clerk or Deputy Clerk*